UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:09-cv-00368 |
| | ) | |
| METHUEN LUBE, INC., GLOUCESTER MARINE RAILWAYS CORP., SARKIS AND TORIS VORBIGIAN (D/B/A THS AUTO SERVICE), TOWN OF CHESTER, N.H., CITY OF EAST PROVIDENCE, R.I., EXPRESS CAR CARE, INC., FRASER PONTIAC-BUICK-GMC, INC., HAMPDEN DODGE, INC., CITY OF HAVERHILL, MA, CITY OF HAVERHILL HOUSING AUTHORITY, HUSSEY SEATING, LEGENDARY LUBE, INC., TOWN OF SALEM, N.H., SALEM SCHOOL DISTRICT | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

WHEREAS the United States lodged the proposed Consent Decree with this Court on October 30, 2009, pending solicitation and consideration of public comments;

WHEREAS notice of the lodging of the Consent Decree was published in the Federal Register on November 9, 2009;

WHEREAS the 30-day public comment period has expired and the United States Department of Justice has not received any comments to the Consent Decree;

WHEREAS the Court finds that the proposed Consent Decree is fair, reasonable, and consistent with the goals of the statute;

IT IS HEREBY ORDERED, that the Motion by the United States for Entry of the Consent Decree is hereby GRANTED.

IT IS SO ORDERED, this  23   day of  December  , 20 09 .

_____

United States District Judge